RECEIVED
NOV 29 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| PATRICK ALAN JACKSON, Petitioner | CIVIL ACTION NO. 1:18-CV-1097-P |
| VERSUS | JUDGE DEE D. DRELL |
| CHRIS MCCONNELL, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Jackson's § 2241 claim regarding the calculation of his sentence by the Bureau of Prisons be DENIED and DISMISSED with prejudice, and Jackson's claims regarding the validity of his sentence and assistance of counsel be DISMISSED without prejudice for lack of jurisdiction.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 28th day of November, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE